**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
| **Plaintiff,** | ) |
| vs. | ) CASE NO. 07-30058-01-GPM |
| **MICHAEL FORTNER,** | ) |
| **Defendant.** | ) |

# ORDER AND NOTICE OF SENTENCING

**MURPHY, District Judge:**

Defendant **MICHAEL FORTNER** pleaded guilty to Count(s) 1 & 2 of the Indictment, and no objections have been filed to the Report and Recommendation of the United States Magistrate Judge. A Presentence Investigation Report is ordered. The Court will defer a decision on acceptance of the plea of guilty and any plea agreement pending review of the Presentence Investigation Report.

Sentencing is scheduled for **March 24, 2008, at 9:00 AM** at the E. St. Louis, Illinois Courthouse.

**IT IS SO ORDERED.**

DATED: December 6, 2007

 S/G. Patrick Murphy
G. PATRICK MURPHY
United States District Judge